**Preston K. WATTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. WD 75961.

Missouri Court of Appeals,
Western District.

Aug. 19, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 2, 2014.

Application for Transfer Denied Nov. 25, 2014.

Gregory A. Doty, for Appellant.

Shaun Mackelprang, for Respondent.

Before Special Division: VICTOR C. HOWARD, Presiding Judge, ALOK AHUJA, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Appellant, Preston K. Watts, appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing by the Circuit Court of Bates County. Watts argues on appeal that (1) trial counsel was ineffective in eliciting hearsay, specifically, an out-of-court statement made by Brian Watts; (2) the trial court erred in considering his ability to pay the costs of his pretrial incarceration in determining whether to order him into a long-term treatment program; and (3) trial counsel and direct appeal counsel were ineffective for failing to address or raise as plain error the trial court's alleged error in determining whether to order long-term treatment. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

---

12. *See* fn. 10, *supra*.